UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 12-4050-JSB |
| | ) | JUDGE BRYANT |
| ALEKSANDAR KUNKIN | ) | |
| AND | ) | |
| BEATRIX BOKA | ) | |

ORDER

The Complaint and supporting affidavit are hereby placed under seal, except that a copy of the Complaint and supporting affidavit may be provided to each of the defendants and his or her counsel following the arrest of each of the defendants.

So ORDERED this 18th day of July, 2012.

JOHN S. BRYANT
U. S. MAGISTRATE JUDGE