UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 12-4050-JSB |
| | ) | JUDGE BRYANT |
| ALEKSANDAR KUNKIN | ) | |
| AND | ) | |
| BEATRIX BOKA | ) | |

ORDER:
Motion granted.
John Bryant,
USMJ

## MOTION TO UNSEAL

The United States moves this Court to unseal the Complaint and accompanying affidavit in this matter on the grounds that the arrest warrants have now been served.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: _____
Byron M. Jones
Assistant U. S. Attorney
United States Courthouse
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151