*Motion GRANTED.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00169 |
| | ) Judge Trauger |
| ALEKSANDAR KUNKIN | ) |

### REDACTION REQUEST

The defendant, Aleksandar Kunkin, through counsel, respectfully requests redaction of certain personal information in the transcript of the Preliminary Hearing filed August 26, 2012 (D.E. 31). In support of this motion, Mr. Kunkin would show the following: The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed. In this case, the following information should be redacted from the transcript at the time of filing:

Page 12, Line 16: **"March 24"**

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2012, I electronically filed the foregoing *Redaction Request* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Byron Jones, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN